James T. Davis, Plaintiff in Error, v. Florida Power Company, a Corporation, Defendant in Error.

Filed May 9, 1916.

Writ of Error to Circuit Court, Citrus County; W. S. Bullock, Judge.

Judgment affirmed.

*Geo. W. Scofield, W. K. Zewadski* and *B. G. Langston,* for Plaintiff in Error;

*Anderson & Anderson,* for Defendant in Error.

---

R. T. Hewitt, Plaintiff in Error, v. Virginia-Carolina Chemical Company, a Corporation, Defendant in Error.

Filed May 10, 1916.

Writ of Error to Circuit Court, Alachua County; James T. Wills, Judge.

Judgment affirmed.

*Hilburn & Merryday,* for Plaintiff in Error;

*W. S. Broome* and *Thos. W. Fielding,* for Defendant in Error.